**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| SONIC INDUSTRY, LLC, <br><br> Plaintiff, <br><br> v. <br><br> CITIZENS EQUITY FIRST CREDIT UNION, <br><br> Defendant. | **Civil Action No: 12 CV 9457** <br><br> **DEMAND FOR JURY TRIAL** |

**VOLUNTARY DISMISSAL WITH PREJUDICE PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(i)**

Plaintiff Sonic Industry, LLC, by and through its undersigned counsel, moves to voluntary dismiss its action with prejudice against files Citizens Equity First Credit Union d/b/a CEFCU pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).

        Respectfully submitted,

        **Parikh Law Group, LLC**

Dated: July 26, 2013        s/ Justin Kaplan

        Justin Kaplan (6298464)
        Attorney for Plaintiff
        SONIC INDUSTRY, LLC
        PARIKH LAW GROUP, LLC
        233 S. Wacker Dr.
        84th Flr
        Chicago, IL 60606
        (312) 725-3476 (tel.)